IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Southern Division*

| | |
|---|---|
| **ROBERT DUPREY,** | * |
| Plaintiff, | * |
| v. | Civil Case No.: PWG-13-3496 |
| **THE SCOTTS COMPANY LLC,** | * |
| Defendant. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

For the reasons explained in the Memorandum Opinion issued this same date, it is, this 23rd day of May, 2014, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The parties' Joint Motion for Approval of Settlement, ECF No. 23, is GRANTED;

2. The Settlement Agreement, ECF No. 23-2, is APPROVED;

3. Defendant The Scotts Company LLC's Motion to Dismiss, ECF No. 10, is DENIED AS MOOT in light of the Joint Motion for Approval of Settlement, ECF No. 23;

4. At the request of the parties, Plaintiff Robert Duprey's Complaint, ECF No. 2, is DISMISSED WITH PREJUDICE; and

5. The Clerk SHALL CLOSE this case.

                                                                           /S/
                                                          Paul W. Grimm
                                                          United States District Judge

jwr